# United States District Court
## Eastern District of California

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
|  | (For Offenses committed on or after November 1, 1987) |
| **TERRY GENE FRYAR** | Criminal Number: **2:95CR00540-02** |
|  | Linda Harter, Asst. Federal Defender |
|  | Defendant's Attorney |

**THE DEFENDANT:**

[✔]  admitted guilt to violation of charge(s) 1 as alleged in the violation petition filed on 7/2/2008.
[ ]  was found in violation of condition(s) of supervision as to charge(s) ___ after denial of guilt, as alleged in the violation petition filed on _____.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| 1 | Use of a Controlled Substance | 6/16/2008 and 6/23/2008 |

The court: [✔] revokes: [ ] modifies: [✔] and reimposes supervised release under the same terms and conditions of supervision as previously ordered on 7/31/1996, with an additional condition as follows: The defendant shall reside and participate in a Residential Re-entry Center (RRC) for a period of up to 120 days, as directed by the probation officer. The defendant shall pay the costs of the program as determined by the Bureau of Prisons.

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]  Charge(s) _____ is/are dismissed, upon motion made by the Government.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

November 10, 2008
Date of Imposition of Judgment

*/s/ William B. Shubb/*
Signature of Judicial Officer

**William B. Shubb, United States District Judge**
Name & Title of Judicial Officer

November 12, 2008
Date

CASE NUMBER:     2:95CR00540-02                                                                                         Judgment - Page 2 of 2
DEFENDANT:       TERRY GENE FRYAR

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of   60 days.  Defendant shall be given credit for time served.

[ ]     The court makes the following recommendations to the Bureau of Prisons:

[✔]     The defendant is remanded to the custody of the United States Marshal.

[ ]     The defendant shall surrender to the United States Marshal for this district.
        [ ] at ___ on ___.
        [ ] as notified by the United States Marshal.

[ ]     The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
        [ ] before _____ on _____.
        [ ] as notified by the United States Marshal.
        [ ] as notified by the Probation or Pretrial Services Officer.
        If no such institution has been designated, to the United States Marshal for this district.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

        Defendant delivered on _____  to  _____
at _____ , with a certified copy of this judgment.

                                                                           _____
                                                                                   UNITED STATES MARSHAL

                                                                    By     _____
                                                                                   Deputy U.S. Marshal